MARY J. WARREN, Respondent, *v.* NEW YORK CENTRAL
AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Warren* v. *N. Y. C. & H. R. R. Co.,* 165 App. Div. 946,
affirmed.
(Argued May 18, 1917; decided June 5, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered November 24, 1914, affirming a judgment in
favor of plaintiff entered upon a verdict in an action to
recover for personal injuries alleged to have been sus-
tained through the negligence of the defendant. The
plaintiff after leaving one of defendant's trains in which
she had been a passenger was passing along the sidewalk
some distance from the defendant's railway station at the
unincorporated village of Crittenden, in the town of
Alden, Genesee county. She claims that she put her foot
into a hole in the sidewalk and fell, sustaining serious
injuries. According to plaintiff's testimony she fell at a
place within the boundaries of the defendant's lands.
Defendant contended that she fell several hundred feet
away from the place where she claims she fell, on a side-
walk in front of property belonging to a third person, not
a party to this action. The defendant contended further
that the sidewalk on its premises was part of a public
highway, and that, therefore, the defendant was under
no obligation to repair the sidewalk.

*Herbert W. Huntington* for appellant.

*George W. Watson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN,
POUND, CRANE and ANDREWS, JJ.